IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00056-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE GARCIA-SANCHEZ,
    aka "Catracho,"
2. ELIZABETH VEGA,
3. ANTHONY RODRIGUEZ,
    aka "Silenco,"
4. GERMAN MARTINEZ-REYES,
5. FRANCISCO RAMIREZ-SOTO,
    aka "Tony,"
6. JUAN SERRANO-MENDEZ,
    aka "Snoopy,"
7. KELVIN DURAN,
    aka "Shy Boy,"
8. JAIME LOPEZ,
    aka "Jimmy,"
9. ERICK MEDINA-CARDONA,
    aka "Otto,"
10. CARLOS RAMOS-CARRILLO,
    aka "Chapin,"
11. **GUILLERMO HERNANDEZ,**
    **aka "Memo,"** and
12. JOSE RAMIREZ-LOPEZ,
    aka "Diablo,"

    Defendants.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Guillermo Hernandez, YOB: 1986, Inmate No. 814346, now confined in the Adams County SO, Brighton, CO, before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the Defendant's case, and thereafter to return the Defendant to the institution where he is now confined.

SO ORDERED this 3rd day of ~~February~~ March, 2009.

UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO