**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: May 6, 2011 |
| Court Reporter: Janet Coppock | Time: 25 minutes |
| Probation Officer: Justine Kozak | Interpreter: n/a |

---

**CASE NO.  09-CR-00056-PAB-11**

Parties                                                    Counsel

**UNITED STATES OF AMERICA,**                 Kasandra Carleton
                                                               MJ Menendez

          Plaintiff,

vs.

**11. GUILLERMO HERNANDEZ,**                Scott Jurdem
          **aka "Memo,"**

          Defendant.

---

**SENTENCING**

---

**2:43 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Argument by Ms. Carleton in support of Government's Motion for Variant Sentence and comments addressing sentencing.

Page Two
09-CR-00056-PAB-11
May 6, 2011

Argument by Mr. Jurdem and comments addressing sentencing.

Further comments by Ms. Carleton.

Court states its findings and conclusions.

**ORDERED:**   Government's Motion for Variant Sentence (Doc #654), filed 4/22/11, is **GRANTED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **January 28, 2011** to **the Information.**

**ORDERED:**   Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:**   Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **120** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility with a Residential Drug Abuse Program (RDAP)**.

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED:**   **Conditions** of Supervised Release that:
- (**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**)   Defendant shall not commit another federal, state or local crime.
- (**X**)   Defendant shall not illegally possess controlled substances.
- (**X**)   Defendant shall not possess a firearm or destructive device.
- (**X**)   Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

Page Three
09-CR-00056-PAB-11
May 6, 2011

()      Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:

(**X**)      Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.

(**X**)      Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

(**X**)      Defendant shall not participate in gang activity or associate with gang members.

(**X**)      Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Government's Motion to Dismiss Counts 1 and 25 the Indictment (Doc #646), filed 4/21/11, is **GRANTED**, as to defendant Guillermo Hernandez only**.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Page Four
09-CR-00056-PAB-11
May 6, 2011

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**2:58 p.m.       COURT IN RECESS**

**Total in court time:        25 minutes**

**Hearing concluded**