IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00056-PAB-11

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11. GUILLERMO HERNANDEZ,

    Defendant.

---

**ORDER**

---

    This matter is before the Court on the government's Motion to Dismiss Counts 1 and 25 [Docket No. 646]. The Court has reviewed the pleading and is fully advised in the premises. It is

    ORDERED that the government's Motion to Dismiss Counts 1 and 25 [Docket No. 646] is granted. Counts 1 and 25 of the Indictment are dismissed as to defendant Guillermo Hernandez.

    DATED May  6 , 2011.

                                    BY THE COURT:

                                    PHILIP A. BRIMMER
                                    United States District Judge